■ GENEVIEVE SCACCHETTI, Formerly Known as GENEVIEVE LONOBILE, Respondent-Appellant, v CARL LONOBILE, Appellant-Respondent. — Judgment unanimously modified and, as modified, affirmed, without costs, and matter remitted to Supreme Court, Monroe County, for further proceedings, in accordance with the following memorandum: The Trial Term properly determined that plaintiff was entitled to one half of the fair and reasonable rentals, but such determination should be modified to begin on July 22, 1974, the date of the effective ouster (see *Miraldi v Miraldi,* 51 AD2d 538; *Daigle v Daigle,* 73 AD2d 771). The trial court erroneously awarded defendant one half of the mortgage, tax and insurance payments after the ouster on July 22, 1974 (see *Worthing v Cossar,* 93 AD2d 515; *Topilow v Peltz,* 25 AD2d 874). The matter should be remitted for the court to make findings and award the defendant one half of such payments made between the divorce and the time of the ouster. The court should also make findings and award defendant one half of the expenditures made on necessary repairs and improvements between the time of the divorce and the commencement of this action (see *Worthing v Cossar, supra,*). (Appeals from judgment of Supreme Court, Monroe County, Mastrella, J. — partition.) Present — Dillon, P. J., Callahan, Green, O'Donnell and Schnepp, JJ.

■ KEY BANK OF CENTRAL NEW YORK, Formerly FIRST TRUST & DEPOSIT COMPANY, Respondent, v CHARLES A. PULIAFICO et al., Appellants. (Appeal No. 1.) — Order and judgment entered January 6, 1982 granting plaintiff's motion for summary judgment unanimously reversed. Order entered January 6, 1982 denying defendants' cross.motion unanimously affirmed, without costs, and matter remitted to Supreme Court, Oneida County, for further proceedings in accordance with the following memorandum: Since defendants' cross motion to dismiss (CPLR 3211, subd [a], par 4) was denied, Special Term erred in granting plaintiff's motion for summary judgment in lieu of complaint (CPLR 3213) without giving defendants an opportunity to submit answering papers (see CPLR 2001, 3211, subd [f]; see, also, *North Broadway Funding Corp. v Freed,* 45 AD2d 759) (Appeal from orders and judgment of Supreme Court, Oneida County, Miller, J. — summary judgment.) Present — Dillon, P. J., Callahan, Green, O'Donnell and Schnepp, JJ.